# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2014

149270(47)(49)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JOHN KRUSAC, Personal Representative of the
ESTATE OF DOROTHY KRUSAC,
      Plaintiff-Appellee,

v

COVENANT MEDICAL CENTER, INC., d/b/a
COVENANT MEDICAL CENTER-HARRISON,
d/b/a COVENANT HEALTHCARE,
      Defendant-Appellant.

_____/

SC: 149270
COA: 321719
Saginaw CC: 12-015433-NH

On order of the Chief Justice, the separate motions of the Michigan Association for Justice and Jeanne Harrison to permit the late filing of amicus curiae briefs are GRANTED. The briefs submitted by those amici are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2014

